MATTER OF SPARMANN

Application for Extension of Nonimmigrant Stay

A-14444036

*Decided by Acting District Director August 19, 1965*

A six-month extension of stay in order to complete his visits to Westinghouse facilities on technical and administrative matters is granted a nonimmigrant visitor for business who is employed as a thermodynamics engineer in West Germany by a firm associated with Westinghouse Electric Corporation, whose means of support while in the United States is his salary from his employer, and who has maintained his nonimmigrant status since entry and is holder of a passport valid to a date more than one year hence.

The subject is a thirty-two-year-old native and citizen of Germany. He is employed as a thermodynamics engineer by Siemens-Schuckert-werke A. G., Muelheim, West Germany. He was admitted to the United States on February 20, 1965, as a nonimmigrant visitor for business. His authorized period of stay will expire on August 20, 1965.

The subject has requested a six-month extension of temporary stay in order that he may continue visiting the offices, shops, and laboratories of the Westinghouse Electric Corporation. His means of support while in the United States is his salary from his employer in Germany. A letter in support of the application from the Westinghouse Electric Corporation confirms that the applicant is an employee of Siemens-Schuckertwerke A.G.; that he has been visiting Westinghouse facilities on technical and administrative matters; and that he does not receive any remuneration from the Westinghouse Electric Corporation. The letter further shows that the applicant's employer is associated with Westinghouse, and is licensed to build equipment in Germany to Westinghouse designs and patents; and that the applicant will require approximately six more months to complete his visits to the Westinghouse facilities.

The applicant is the holder of a German passport valid to July 31, 1967. He was admitted as a nonimmigrant visitor for business, and has continued to maintain his nonimmigrant status. He requires

approximately six additional months to accomplish the purpose for which he came to this country. All requirements having been met, the application will be granted.

**ORDER:** It is ordered that the applicant be granted an extension of temporary stay as a nonimmigrant visitor for business to February 19, 1966.